

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-15-2008

# Toledo Mack Sales v. Mack Trucks Inc

Precedential or Non-Precedential: Precedential

Docket No. 07-1811

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Toledo Mack Sales v. Mack Trucks Inc" (2008). *2008 Decisions.* Paper 760.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/760

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No: 07-1811
_____

TOLEDO MACK SALES & SERVICE, INC.,

Appellant

v.

MACK TRUCKS, INC.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 02-cv-4373)
District Judge: Honorable Ronald L. Buckwalter

_____

Argued March 5, 2008

Before: BARRY, JORDAN, and HARDIMAN, *Circuit Judges.*

Filed: July 15, 2008
_____

ORDER AMENDING OPINION
_____

JORDAN, *Circuit Judge*,

IT IS HEREBY ORDER that the Precedential Opinion in the above case, filed
June 17, 2008, is hereby amended as follows:

At page 29, lines 15 and 21, the word "Monsanto" shall be deleted and
replaced with "Matsushita".

This amendment does not change the date of filing, June 17, 2008.

By the Court,


  /s/ Kent A. Jordan
Circuit Judge

DATE: July 15, 2008
smw/cc:      Robert L. Byer, Esq.
            David A. Degnan, Esq.
            Wayne A. Mack, Jr., Esq.
            James M. Parks, Esq.
            James H. Steigerwald, Esq
            Barbara W. Mather, Esq.